IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MILO I. WORTHING, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) Civil No.   07-0205-CV-W-FJG |
| | ) Crim. No.  03-00041-01-CR-W-FJG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** that
   movant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. #1) is hereby **DENIED**.
   No evidentiary hearing will be held in this matter because the issues raised are resolvable by the record.  Furthermore, movant will be denied a motion for certificate of appealability, in that the issues raised are not debatable among reasonable jurists, nor could a court resolve the issues differently


| | |
|---|---|
| __06/02/08__ | Patricia L. Brune |
| Date | Clerk |
| | |
| | __/s/ Rhonda Enss__ |
| | (by) Deputy Clerk |